IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALBERT VIEIRA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:19-cv-40-PEC <br><br> Collective Action |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the U.S. Court of Federal Claims, Plaintiff Albert Vieira hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice.

Respectfully submitted,

/s Gregory O'Duden, by /s Paras N. Shah
_____

GREGORY O'DUDEN
General Counsel
NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, N.W.
Washington, D.C.  20006
Tel:  (202) 572-5500
Fax:  (202) 572-5645
greg.oduden@nteu.org

Counsel of Record for Plaintiff Vieira

Larry J. Adkins
Paras N. Shah
NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, N.W.
Washington, D.C.  20006
Tel:  (202) 572-5500
Fax:  (202) 572-5645
larry.adkins@nteu.org
paras.shah@nteu.org

Of Counsel for Plaintiff Vieira

Leon Dayan
BREDHOFF & KAISER PLLC
805 15th Street N.W.
Suite 1000
Washington, D.C. 20005
Tel: (202) 842-2600
Fax:  (202) 842-1888
ldayan@bredhoff.com

January 9, 2019        Of Counsel for Plaintiff Vieira

## CERTIFICATE OF SERVICE

I certify that, on January 9, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Federal Claims through the CM/ECF system. I further certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Paras N. Shah
_____
PARAS N. SHAH

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, N.W.
Washington, D.C. 20006
Tel:  (202) 572-5500
Fax:  (202) 572-5645
paras.shah@nteu.org